**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ZAHARA MUHAMMED NAKIYAGA,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No. 5:26-CV-05359-CTS

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus filed October 15, 2026 (ECF No. 16), IT IS ADJUDGED that the Petition is denied and the action is dismissed without prejudice

DATED: October 16, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE